**2**

Dallas WHITMORE v. STATE. (No. 10193.) (Court of Criminal Appeals of Texas. May 19, 1926.) Appeal from District Court, Morris County; R. T. Wilkinson, Judge. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment appears regular. The record is before us without statement of facts or bills of exception. No fundamental error has been discovered or pointed out. The judgment is affirmed.

**3**

Frank WILKES v. STATE. (No. 9964.) (Court of Criminal Appeals of Texas. May 19, 1926.) Appeal from District Court, Orange County; V. H. Stark, Judge. See, also, 280 S. W. 787. McCall & Crawford, of Conroe, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appellant was under conviction for murder, with the death penalty assessed as punishment. It is shown by proper affidavit that appellant died on March 1, 1926. The appeal is therefore abated.

**4**

Sam WILLIAMS v. STATE. (No. 10274.) (Court of Criminal Appeals of Texas. June 2, 1926.) Appeal from District Court, Rusk County; R. T. Brown, Judge. Futch & Cooper, of Henderson, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for the manufacture of intoxicating liquor, with the punishment assessed at one year in the penitentiary. The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented to this court for review, and the judgment is affirmed.

**5**

A. L. MOOR et al. v. G. W. POUNDS et al. (No. 1392.) (Court of Civil Appeals of Texas. Beaumont. May 8, 1926.) Appeal from District Court, Liberty County; J. L. Manry, Judge. David E. O'Fiel and C. W. Howth, both of Beaumont, for appellants. E. B. Pickett, Jr., of Liberty, for appellees.

O'QUINN, J. This was a suit in trespass to try title, brought by plaintiffs in error, seeking to recover a part of a tract of land in the Jesse Devore league, in Liberty county, Texas. Upon a trial before a jury, the court instructed a verdict against plaintiffs in error, and in favor of defendants in error. The case is before us without a statement of facts. The court had jurisdiction of the parties and the subject-matter in litigation. It will be presumed, in the absence of a statement of facts, that the judgment is supported by the evidence. There is nothing in the record from which it appears that the judgment is not responsive to the pleadings. No fundamental error appearing, the judgment should be affirmed; and it is so ordered. Affirmed.